JUDGE HOLWELL                    08 CV 7065

SOL:SBJ:SR
(08)30147

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

ELAINE L. CHAO, Secretary of Labor,                :
United States Department of Labor,
                                                    :   Civil Action
                        Plaintiff,
            v.                                      :   File No.

ADVANCED PROFESSIONAL MARKETING, INC.              :   COMPLAINT
and MARISSA BECK, Individually,
                                                    :
                        Defendants.
-------------------------------------------------------

Plaintiff, ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, brings this action under Sections 16(c) and 17 of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. §201, et seq.), ("the Act"), alleging that defendants violated sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Act.

I

Jurisdiction of this action is conferred upon the Court by Section 17 of the Act and 28 U.S.C. Sections 1331 and 1345.

II

Defendant ADVANCED PROFESSIONAL MARKETING, INC. is a corporation duly organized under the laws of New York having its principal office and place of business at 229 East 21st Street, New York, New York 10010, within the jurisdiction of this court, where it is engaged in the business of health care services provider.

III

The defendant corporation has regulated the employment of all persons employed by the corporation, acted directly and indirectly in the corporation's interest in relation to the employees, and is thus an employer of its employees within the meaning of section 3(d) of the Act.

IV

Defendant MARISSA BECK, who has maintained a place of business at 229 East 21st Street, New York, New York 10010, within the jurisdiction of this court, is President and Owner of the defendant corporation, in active control and management of defendant corporation, regulated the employment of persons employed by defendant corporation, acted directly and indirectly in the interest of defendant corporation in relation to the employees, and is thus an employer of the employees within the meaning of section 3(d) of the Act.

V

The business activities of the defendants, as described, are related and performed through unified operation or common control for a common business purpose and constitute an enterprise within the meaning of section 3(r) of the Act.

VI

Defendants have employed and are employing employees at their place of business in the activities of an enterprise engaged in commerce or in the production of goods for commerce, including employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce. The enterprise has had an annual gross volume of sales made or business done in an amount not less than $500,000.00. Therefore, the employees

are employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1)(A) of the Act.

VII

Defendants willfully and repeatedly are violating the provisions of sections 7 and 15(a)(2) of the Act by employing many of their employees in an enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than those prescribed in section 7 of the Act without compensating the employees for their employment in excess of the prescribed hours at rates not less than one and one-half times the regular rates at which they were employed. Therefore, defendants are liable for unpaid overtime compensation and an equal amount in liquidated damages under section 16(c) of the Act, or, in the event liquidated damages are not awarded, unpaid overtime compensation and prejudgment interest on said unpaid overtime compensation under section 17 of the Act.

VIII

Defendants are violating the provisions of sections 11(c) and 15(a)(5) of the Act, in that defendants failed to make, keep, and preserve adequate and accurate records of their employees and of the wages, hours, and other conditions of employment which they maintained as prescribed by the Regulations issued and found at 29 CFR Part 516; more specifically, defendants failed to keep accurate records of hours worked by employees and wages paid to employees.

IX

Defendants have violated the provisions of the Act as alleged above since at least October 11, 2004.

WHEREFORE, cause having been shown, plaintiff prays for judgment against defendants providing the following relief:

(1) For an injunction issued pursuant to section 17 of the Act permanently restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with defendant, from violating the provisions of sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Act; and

(2) For an order pursuant to section 16(c), of the Act finding defendants liable for unpaid overtime compensation found due defendants' employees listed on the attached Exhibit A and an equal amount of liquidated damages (additional unpaid overtime compensation and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this Complaint); or,

(3) In the event liquidated damages are not awarded, for an injunction issued pursuant to section 17 of the Act restraining defendants, their officers, agents servants, employees, and those persons in active concert or participation with defendants, from withholding the amount of unpaid overtime compensation found due defendants' employees and prejudgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. §6621; and

(4) For an order awarding plaintiff the cost of this action; and

(5) For an order granting such other and further relief as may be necessary and appropriate.

DATED:  August 8, 2008
New York, New York

*[signature]*
GREGORY F. JACOB
Solicitor of Labor

*[signature]*
PATRICIA M. RODENHAUSEN
Regional Solicitor

*[signature]*
SUSAN B. JACOBS
Senior Trial Attorney
SBJ (8388)

U.S. Department of Labor,
Attorneys for Plaintiff.

POST OFFICE ADDRESS:

Patricia M. Rodenhausen
Regional Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel.: 212-337-2116
Fax: 212-337-2112

5

## EXHIBIT A

ABELIDO, ALEX
ABELIDO, RAYMOND
ABELLA, MHELLETTE
ABIERA, DEXTER
ADALLA, HOMER
ADOLFO-SINDIONG, NEZL
AGUILA, WILBERT
AGUILLON, FAYE ROSET
AGUON, JOCELYN
AINA, ADENIYI
ALACARAZ, ALLYN
ALIGUYON, MARIONITO
ALMEDILLA, ALANRO
ALONZO, DONNY
ALPUERTO, REY
ALUNAN, COLEEN
ANDRES, LEE-ZEL MAY
ARANA, RACHELLE
ARBILO, ELSA
ARBILO, MARY CLAIRE
ARRIESGADO, MINELEE
ASUNTO, MARIA THERESA
AVAGYAN, ANNA
BABIA, ANCIETA
BAE, SEONG IN
BAGAPORO, MARY GRACE
BAGUNU, MARY JANE
BALISI, JASMIN
BALISI, JEAN
BANEGA, LORELIE
BARGAS, LYNNY ANTHONY
BARLAAN, MAUREEN
BARRANTES, KERBIE
BASIO, MA. PERLINA
BAYER, DONNA
BELARMINO, CAROLINE
BENDANILLO, ALEX
BENGSON, BELLA HELENA
BORLEO, ALLAN
BOSANO, VANESSA
BRUAN, MICHELLE
BUCOY, RAMILIA

BUHIAN, FRANCIS
BULURAN, MAGNOLIA
BURLAT, JAMES
CABATINGAN, ANN MARIE
CAGATA, MARK
CAJUCOM, ANGELICA
CALUYA, FREDERICK
CANATOY, JASMINE
CANDELARIO, LILYBETH
CANO, CHEERYDETTE
CAPILLA, BLESILA
CAPILLA, BLESILA
CAPISTRANO, SIEGFRIED
CAPULE, MARYLEE
CARINO, CHEERY
CARLOS, MAUREEN AN
CASIMIRO, JOY
CASTRO, CARLOS
CATUBLAS, DON
CEPE, SIGRID MAE
CHARRIS, JOAQUIN
CHEIKO, IOULIA
CIRIACO, MARY GRACE
CLARIZ, MARIBEL
CORDOVA, REMAR
COSTALES, ARNOLD JON
CRUZ, CHRISTINE
CRUZ JR, VICTOR
CUEVAS, EMMYLOU
DADULA, MAY FATIMA
DANAO, JANICE JANE
DANAO, JEFFREY
DANAO, SHERWIN
DAYRIT, OLIVIA
DE GUZMAN, JANICE
DE LA CRUZ, BENILDA
DE LA CRUZ, BENJAMIN
DE LA PENA, IRENE
DE PEDRO, DELIA
DEL MUNDO, MARK
DEL ROSARIO, ROMINA
DELAVIN, NINA MARIE
D'EMPAIRE, MYRIAM
DIMATULAC, RUBENZON
DINLAYAN, JUNIPER

DOCDOCIL, GERARD GEORGE
DOCDOCIL, JUNIPER
DOLORES, MILAGROS
DUMLAO, GEORGE
EBARDO, MAE LUCILLE
EGHAFONA, CHRISTI
ENERO, DJOANNA
ENRIQUEZ, MARISOL
ENRIQUEZ-MATULAC, CARLA
ESCANO, RICHARD
ESEO, MARIA A.
ESGUERRA, ELERIA
ESTILLER, MA. CARLOT
ESTRELLADO, CHRIS
EVANGELISTA, CAMILO
FIGUEROA, AMPARO
FLORES, ERIC
GALLEGOS, MA. TRISHA
GAMATERO JR, JAIME
GANACE, HAYDEE
GARCIA, MARY CONNIE ANN
GARCIA, MICHAEL
GATINAO, AILEEN
GELILIO, MARIA ANGELICA
GERONIMO, CHRISTINE ANNE
GIRON, MARY GRACE
GO, GENALIN
GO, JACQUELINE
GOMEZ, ORDISI
GONZALEZ, MARIA
GRANADEROS, SAMUEL
GRANDEZA, TERESITA
GUIDANGEN, GLORY
GULTIANO, DANIEL
GUNGON, ROSEMARIE
GUTIEREZ, NORIE
HIPOL, CARLO
HISPANO, HELEN
IGNACIO, JORDAN
IGWE, MABEL
ILAGAN, ARVIN
JABIDO, PETER ARVI
JAMANDRE, PJ
JAVIER, RICHARD
KHAN, AURORA

KIM, MI JUNG
LABUNG, HARVEY
LACHICA, JANICE
LAFUENTE, JASON
LAGDAMEO, ROSALINDA
LANIP, MADELON
LAPPAY, LEILA
LASERNA, NOEL
LAURON, MARIA
LIM JR, VICTOR
LLESOL, ANA
LOMANTAS, EDDA
LONGNO, ANNA
LOPEZ, ALBERT JOEL
LORETO, MARINEL
LUMANGE, JAYSON
LUMANGLAS, CECILLE
MAGUDDAYAO, MARIFEL
MAKAHILIG, RUEL
MALIKSI, MARIA THERESA
MANGALINDAN, JUALLESPER
MANGUBAT, RYAN
MAPESO, ANN ABIGAIL
MARCIO, LE-ANN
MARTIR, CRISELDA
MENDOZA, MARY ANN
MERCADO, JENNET
MESA, JOHNEMMA MARIE
MIRANE, APRYL
MONTELIBANO, JEAN
MORALES, MIA
MORALES, REDON
MOSCOSO, TERESITA
MUNOZ, LESLIE
NAYAN, LALYN
NILDA, NACAR
NIMNUAN, ARISA
NODADO, MARIANNE
OCAMPO, ELOISA
ODIHIRIN, ADESUA
OJETOLA, ADEKOLA
OKEKE, VICTORIA
OLAMIDE, AKERELE
OPENA, MIRIAM
ORDENIZA, MARIE CARMEL

PAGADOR, MARIE GLOU
PALAYAN, MICHELLE
PALMERA, ANNA LIZA
PEDRAZA, GEMMA
PEREZ, MA. NOREEN
PETATE, ERIC
PHARUNS, NANCY
POLOYAPOY, DENNIS
PRINCIPE JR, POLONIO
PUABEN, MADELEINE
PUCAPUTAN, MA. RHEA
QUINTILLAN, SARAH RASHIDA
QUIRMIT, APRILEA
RAMIREZ, RACHELLE
RAMOS, EARL NICHOLAS
RAMOS, JESUSA
RANIT, BERNADETTE
RAYMUNDO, ROSENDA
RIVERA, GENEVIEVE
RIVERA, MARY GRACE
ROBLE, THOMAS JAY
ROCA, JENNIE PEARL
RONQUILLO, JANET
ROSALES, MARIA
RUDIS, ROGINA
SABILE, NOEMI
SAGARINO JR, PERFECTO
SALDITOS, SANDRA
SAMONTE JR, LEOPOLDO
SAMSON, ROVY
SAN PEDRO, JAMES
SANTIAGO, CATHERINE
SANTOS, ANDRE NINO
SANTOYO, CECILLE
SARMOGENES, MEIDEN
SECRETARIO, CRISTY JOY
SEMBRANO, WAYNE
SENCIO, EGBERT
SERRANO, TISHA
SHUTTI, CHRISTINE
SIA, SUSAN
SILVESTRE JR, ALFONSO
SONER, MARY JANE
SORIA, JOY
STO. THOMAS, VINCENT

SUAREZ, ROLAND
TAEZA, GENEVIEVE
TALADUA, KARYLL KRISTIN
TAMAYAO, ELIZABETH
TAN, MAY PAZ
TAN, ROMMEL
TE, DEXTER
TEMPROSA, MARGARITA C.
TERRY, SYLVIA
TIRONA, VIOLETA
TIU, JULIUS
TRINIDAD, MARFLOR
UCHE, VICTORIA
UNATING, CHERRY
UY, JEFFERSON
VASQUEZ, MARIA CONCEPSION
VENKAT, MUDUMBA
VERSOZA, IRMINA
VICENCIO, LINETTE
VICOY, DOREEN
VILLAPANDO, LADY THERESE
WILMER, REMIGOSO
YAMSON, JESSICA
YANG, WENJIE
YEUNG, MARK CHESTER
YULO, RENEE